UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-306 (1) (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER |
| PATRICK WAYNE BAKER, | |
| Defendant. | |

As a Sixth Division case, this case is scheduled for trial in the Fergus Falls Courthouse on November 10, 2025.[1] On August 19, the Court learned that the elevator in the Fergus Falls Courthouse will be inoperable from September 1 to at least December 1. The lack of a working elevator will be a problem for any prospective juror or party who needs the elevator to access the courtroom.

Criminal defendants have a right to a public trial without unnecessary delay and a right to an impartial jury. Upon learning of the elevator issue, the Court contacted the parties and offered two options: (1) the Court could summons jurors from the Sixth Division to the Minneapolis Courthouse for the trial; or (2) the parties could waive their

---

[1] The District of Minnesota comprises six divisions. 28 U.S.C. § 103. "Sessions of court have been pretermitted in the first and second divisions. The counties comprising the first division must be treated as part of the third division, and the counties comprising the second division must be treated as part of the fourth division." D. Minn. Jury Selection Plan § 2 (Nov. 14, 2024); *see also* 28 U.S.C. § 1863 (jury selection process).

right to a Sixth Division jury pool and summons jurors from the Third and Fourth Divisions to the Minneapolis Courthouse for the trial. Defendant and the government chose to waive a Sixth Division jury pool and consent to summonsing jurors from the Third and Fourth Divisions. (ECF Nos. 45–46.)

Having reviewed the parties' letters of consent, the Court GRANTS their request to hold the trial in Minneapolis with jurors from the Third and Fourth Divisions. The other options are not ideal: holding the trial in Fergus Falls would exclude jurors and parties who need elevator access to the courtroom, and summonsing jurors from the Sixth Division to Minneapolis would require them to travel long distances from their homes.

The Court shall summons jurors from the Third and Fourth Divisions for the November 10, 2025 trial, which will be held in Minneapolis Courthouse.

Dated: September 17, 2025           BY THE COURT:

                                    s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Judge